# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIMBERLY KENNEY**                                                                 **PLAINTIFF**

**v.**              **CASE NO. 4:20-CV-00352  BSM**

**WELLS FARGO BANK, NA**                                                            **DEFENDANT**

## ORDER

Wells Fargo Bank, NA's motion to dismiss [Doc. No. 5] is granted because Kimberly Kenney did not respond to the motion and because her complaint does not meet the Federal Rule of Civil Procedure 8 pleading standard.  It is simply too difficult to make out any particular claims in her complaint to be sure of what relief she is seeking and on what grounds.  Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of July, 2020.

*[signature]*
UNITED STATES DISTRICT JUDGE