IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMBERLY KENNEY**                                                                 **PLAINTIFF**

v.                                    CASE NO. 4:20-CV-00352  BSM

**WELLS FARGO BANK, NA**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of July, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE